

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2022

No. 04-21-00512-CV

**MR. W  FIREWORKS, INC.**,
Appellant

v.

**CONCHO ACQUISITION PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-03698
Honorable Tina Torres, Judge Presiding

# O R D E R

On January 5, 2022, we ordered appellant to provide written proof that it had either paid or made arrangements to pay the court reporter's fee to prepare the reporter's record or that it was entitled to appeal without paying the reporter's fee. At that time, our records showed there were two court reporters associated with this appeal: Judy Stewart and Tracy Plummer. On January 6, 2022, Ms. Stewart filed a notification in this court stating that she had not taken any record in this case. On January 7, 2022, appellant filed written proof showing it had paid Ms. Plummer's fee to prepare her volume of the record. We conclude that appellant has complied with our January 5, 2022 order.

Accordingly, Ms. Plummer's volume of the record is now due. We **ORDER** Ms. Plummer to file the record **by February 10, 2022**. Appellant's brief will be due thirty days after the record is filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court